USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JP MORGAN CHASE BANK, N.A.,
              Plaintiff,

      v.                                  11-CV-4016 (DAB)
                                              ORDER

BRADLEY C. REIFLER,
              Defendant.
------------------------------------X
JP MORGAN CHASE BANK, N.A.,
              Plaintiff,

      v.                                  15-CV-1200 (DAB)
                                              ORDER

BRADLEY C. REIFLER, NANCY REIFLER
A/K/A ASHLEY REIFLER A/K/A ASH
REIFLER, CONNIE MALKIEWICZ AS TRUSTEE
OF SKY BLUE FARM TRUST, AND LISETTE
ACKERBERG,
              Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge:

    On December 20, 2016, a hearing was held on Plaintiff's emergency motion against Defendant Bradley C. Reifler. The relief Plaintiff sought was (1) holding Mr. Reifler in contempt for violating a restraining notice, (2) piercing the veil between Mr. Reifler and certain third-party entities and trusts he controls, and (3) appointing a receiver to control and distribute property in which Mr. Reifler has an interest. At the conclusion of the hearing, the Court held Defendant Reifler in contempt and told him that, if he did not pay $2,000,000.00 to JP Morgan Chase Bank, N.A. by January 20, 2017, he would go to jail.

The next scheduled hearing in 11-CV-4016 is set for January 23, 2017 at 10:30 am. At this hearing, the parties will address the other relief sought by Plaintiff, including appointment of a receiver over all property, personal and realty, in which the Defendant Reifler has an interest. The Court hereby puts on notice all parties in both cases of the potential for a receiver to be appointed and invites any party who feels his, her, or its interest in the property dictates their appearance.

SO ORDERED.

Dated:   New York, New York
         December 21, 2016

*Deborah A. Batts*
Deborah A. Batts
U.S. District Judge