# LEVI LUBARSKY FEIGENBAUM & WEISS LLP

ATTORNEYS AT LAW
655 THIRD AVENUE
27TH FLOOR
NEW YORK, NEW YORK 10017
———
TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLFWLAW.COM

August 3, 2017

By ECF & Hand Delivery
Honorable Deborah A. Batts
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Chambers 2510
New York, New York 10007

      Re:    *JPMorgan Chase Bank, N.A. v. Reifler*, No. 11-cv-4016 (S.D.N.Y.); and
              *JPMorgan Chase Bank, N.A. v. Reifler, et al.*, No. 15-cv-1200 (S.D.N.Y.)

Dear Judge Batts:

      This firm represents plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan") in the above-referenced actions (together, the "Actions").  The Actions were stayed pursuant to the Bankruptcy Code's automatic stay provision, 11 U.S.C. § 362, upon the filing for bankruptcy by defendant Bradley C. Reifler ("Reifler"), as reflected in Your Honor's April 5, 2017 Orders (ECF Nos. 176 and 77).  We submit this letter – on behalf of JPMorgan and all other parties in the Actions – in accordance the Court's direction in those Orders that the parties shall periodically provide joint status updates concerning the Reifler bankruptcy (*In re Bradley C. Reifler*, Case No. 17-35075 (CGM) (Bankr. S.D.N.Y.)).

      As of the date of this letter, the Reifler bankruptcy case remains pending.  In that case, JPMorgan, CYJF LLC ("CYJF," a defendant in the second of the Actions), and the United States Trustee for Region 2, among other parties, have commenced separate adversary proceedings against Reifler for the denial of Reifler's discharge under Bankruptcy Code § 727(a) and, in the CYFJ adversary proceeding, also for the dischargeability of Reifler's liability under Bankruptcy Code § 523(a).  In addition, the Chapter 7 Trustee in the bankruptcy case has filed an adversary proceeding against Reifler, Nancy Reifler, and Connie Malkiewicz as Trustee of the Sky Blue Farm Trust (all of whom are also defendants in the second of the Actions) to avoid the transfer of Sky Blue Farm from Reifler and his wife to the Sky Blue Farm Trust and to recover Sky Blue Farm or the value of that property from the defendants in that proceeding.

      Should the Court have any questions or require any further information regarding these

Honorable Deborah A. Batts
August 3, 2017
Page 2

matters, please let us know.

                                                Respectfully submitted,

                                                Andrea Likwornik Weiss

cc:  All Counsel of Record
    (via ECF)

    Michelle L. Trier, Esq.
    (Counsel for Reifler in Bankruptcy Case)
    (via e-mail)