Daniel N. Zinman, Esq. (DZ7562)
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
Telephone: 212-661-2900
Facsimile: 212-661-9397

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JPMORGAN CHASE BANK, N.A.,

                        Plaintiff            Case No. 1:15-cv-01200-DAB

    -against-

                                            **NOTICE OF APPEARANCE**

BRADLEY C. REIFLER, NANCY REIFLER A/K/A ASHLEY REIFLER A/K/A ASH REIFLER, CONNIE MALKIEWICZ AS TRUSTEE OF SKY BLUE FARM TRUST and LISETTE ACKERBERG, and CYJF LLC,

                        Defendants.
------------------------------------------------------------------x

To: The clerk of court and all parties of record

      **PLEASE TAKE NOTICE THAT** Daniel N. Zinman, an attorney admitted to practice before this Court hereby appears in this case on behalf of Defendant *CYJF LLC*.

Dated: New York, New York
       March 26, 2018                             **KRISS & FEUERSTEIN LLP**
                                                       *Co-counsel for Defendant*

                                                        By:  /s/ Daniel N. Zinman
                                                              Daniel N. Zinman, Esq. (DZ7562)
                                                     360 Lexington Avenue, 12th Floor
                                                     New York, New York 10017
                                                     (212) 661-2900 – telephone
                                                     (212) 661-9397 - facsimile