```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/2/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JPMORGAN CHASE BANK, N.A.,                                         :
:
             Plaintiff,                                          :
:     15-cv-1200 (LJL)
    -v-                                                           :
:     <u>ORDER</u>
BRADLEY C. REIFLER et al.,                                         :
:
             Defendants.                                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case was automatically stayed on April 5, 2017 pursuant to the Bankruptcy Code's automatic stay provision, 11 U.S.C. § 362, upon Defendant Bradley Reifler's initiation of bankruptcy proceedings. Dkt. No. 77. The parties were ordered to provide the Court with periodic status updates regarding the bankruptcy proceedings. *Id.* The case was transferred to the undersigned on April 11, 2022. On April 26, 2022, the Court ordered the parties to submit a status update on the bankruptcy proceedings within six months and every six months thereafter, and to inform the Court as soon as the automatic stay is lifted. Dkt. No. 118. The parties filed status updates on October 26, 2022, Dkt. No. 119, April 26, 2023, Dkt. No. 120, and, most recently, on October 26, 2023, Dkt. No. 121. However, the parties have not submitted a status update since October 26, 2023. The parties are reminded of their obligation to submit a status report to the Court every six months and to inform the Court as soon as the automatic stay is lifted. The parties are directed to submit a status report on the bankruptcy proceedings by May 9, 2024.

      SO ORDERED.

Dated: May 2, 2024
       New York, New York
                                            LEWIS J. LIMAN
                                            United States District Judge